IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD A. GRISWOLD, | ) | 8:14CV89 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN GAGE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis and Motion for Status. (Filing Nos. 3 and 6.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). Here, Petitioner has paid the $5.00 filing fee. Accordingly,

    IT IS ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 3) is denied as moot. In light of the foregoing, his Motion for Status (Filing No. 6) is granted to the extent it is consistent with this Memorandum and Order.

    DATED this 28th day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.